828

(Republished)

In the Matter of JOSEPH EISENBERG, Respondent. WILLIAM H. ROSS, Appellant.— Motion for reargument granted, the prior decision of this court herein recalled and the order entered thereon on February 26, 1957, vacated and, upon reargument, the order appealed from is unanimously modified so as to fix the monthly rental at $129.37. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See *ante, pp.* 699, 819.]

## (April 18, 1957)

ELEANOR H. FISCHBACH v. HYMAN I. FISCHBACH.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ADAM ADAMS, or ADAM ALLEN, Alias EARL ALLEN.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD BROWN.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PHYLLIS DIMINO.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN DIOGUARDI.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. COURTNEY JOHNSON and SAMUEL JONES.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARMINE ROMANELLI.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ASENCIO SAMOLET.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT WALSH.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES WHITE.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

In the Matter of the Accounting of IRVING WAXMAN, as Executor of LOUIS COHEN, Deceased, Appellant. SADIE COHEN, Appellant; CELIA LUSTIG, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

MAY BOLHOWER v. AUTHORS LEAGUE OF AMERICA, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

## (April 23, 1957)

MARY TLASKAL, Appellant, v. JULIAN B. BEATY et al., Respondents, et al., Defendant.— Determination unanimously affirmed, with costs to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.